| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | CHAN HEE CHU |
|   | Special Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT |
|   | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
|   | Telephone: (559) 497-4000 |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-po-00035-CDB |
| Plaintiff, | [Citation #7056017, CA/3F] |
| v. | |
| DAISHAUNA CRENSHAW, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00035-CDB [Citation #7056017, CA/3F] against DAISHAUNA CRENSHAW, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 3, 2023          Respectfully submitted,

                                                  PHILLIP A. TALBERT
                                                  United States Attorney

                                     By:    /s/ *Chan Hee Chu*
                                                  CHAN HEE CHU
                                                  Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:23-po-00035-CDB [Citation #7056017, CA/3F] against DAISHAUNA CRENSHAW be dismissed, without prejudice, in the interest of justice. IT IS SO ORDERED.

Dated:   **March 3, 2023**                           _____
                                                                          UNITED STATES MAGISTRATE JUDGE